UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASSOCIATED MANAGEMENT SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:19 CV 912 RWS |
| MEDICAL WASTE SERVICES, LLC d/b/a MEDICAL WASTE SERVICES and LARRY D. CASEY, | ) ) ) ) ) | |
| Defendants, | ) | |

## ORDER OF REMAND

**IT IS HEREBY ORDERED that** the parties' joint motion to remand this matter to the Circuit Court of St. Louis County, Missouri [19] is **GRANTED**. The state court case number is 19SL-CC00832.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Circuit Court of St. Louis County, Missouri pursuant to 28 U.S.C. § 1447(c).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of November, 2019.